**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA,**
**EASTERN DIVISION**

| | |
|---|---|
| SENTINEL INSURANCE COMPANY, LTD, <br><br> Plaintiff, <br><br> v. <br><br> TIMECO SYSTEMS, INC., <br><br> Defendant. | Case No. 8:23-CV-01667-WFJ-CPT |

**ORDER GRANTING SENTINEL INSURANCE COMPANY'S MOTION FOR DEFAULT JUDGMENT AGAINST TIMECO SYSTEMS, INC.**
**AND**
**FINAL DEFAULT JUDGMENT AGAINST TIMECO SYSTEMS, INC.**

THIS MATTER, having come to the Court upon Plaintiff, SENTINEL INSURANCE COMPANY'S ("Sentinel") Motion for Entry of Default Judgment against Defendant, TIMECO SYSTEMS, INC. ("TimeCo") pursuant to Fed. R. Civ. P. 55(b)(2), and the Court having considered the entire record and the submissions in support of the Motion, and good cause having been shown, it is HEREBY ORDERED:

1. On September 7, 2023, TimeCo was duly served with the Summons and Complaint filed in this action. [ECF No. 10-1].

2. TimeCo failed to answer or otherwise plead in accordance with Fed. R. Civ. P. 12(a).

3. On October 6, 2023, the Clerk of Court defaulted TimeCo. [ECF No. 11].

4. On October 9, 2023, the Court entered an Endorsed Opinion and Order directing Sentinel to file a motion for final default within 14 days. [ECF No. 12].

5. On October 12, 2023, Sentinel made a Motion for Entry of Default Judgment. [ECF No. 13].

6. To date, TimeCo has failed to appear or otherwise defend this action.

7. Sentinel's Motion for Entry of Default Judgment [ECF No. 13] shall be and hereby is granted.

8. A final default judgment shall be and hereby is entered in favor of Sentinel and against TimeCo.

9. It is hereby declared that the allegations in the Complaint [ECF No. 1] are deemed admitted.

10. It is further declared that Sentinel has no duty to defend or indemnify TimeCo under the Business Liability and Umbrella Insurance Policies bearing policy number 65 SBM IN1287 and effective annually from March 3, 2017 to March 8, 2024, with respect to the claims in the lawsuit styled: *Shannon Griffin, on behalf of herself and all similarly situated individuals, v. TimeCo Systems, Inc., a Florida Corporation*, Case No. 8:23-cv-222-SCB-UAM, filed in the United States District Court Middle District of Florida, Tampa Division.

11. Each party shall bear its own costs.

12. The Clerk is directed to terminate any pending deadlines and motions and to close the case.

Dated: October 25th, 2023

SO ORDERED

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

288568222v.1